UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>    v.<br>BRIAN MCKINZIE,<br>      Defendant. | **ORDER SETTING CHANGE OF PLEA HEARINGS**<br><br>Case No. CR 11-424 PJH |
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>    v.<br>THOMAS FRANCOISE,<br>      Defendant. | Case No. CR 11-426 PJH |
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>    v.<br>JORGE WONG,<br>      Defendant. | Case No. CR 11-428 PJH |
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>    v.<br>DOUGLAS DITMER,<br>      Defendant. | Case No. CR 12-448 PJH |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANLI LIU,<br><br>    Defendant. | Case No. CR 12-611 PJH |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL RENQUIST,<br><br>    Defendant. | Case No. CR 13-143 PJH |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN SHIELLS and MIGUEL DE SANZ,<br><br>    Defendants. | Case No. CR 14-581 PJH |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRADLEY ROEMER,<br><br>    Defendant. | Case No. CR 15-229 PJH |

The status report filed by the government indicates, as it previously stated at the September 21, 2016 status hearing, that the nine defendants charged in the above-

captioned cases should be the first to appear for Rule 11 hearings on new plea agreements because the government expects to call them at trial in *United States v. Florida*, No. CR 14-582 PJH.  The government neglects to propose a streamlined procedure for taking the revised pleas or other suggestions for expediting the Rule 11 hearings, which the court anticipated when setting the filing deadline for the status report based on the representations of counsel for the government.  Rather, the government states that it "hopes to request the first Rule 11 hearings for a subset of these defendants as soon as the end of the week of October 3, 2016." Doc. no. 89.  The government's statement fails to appreciate that the court must rule on pretrial matters in *Florida* at the pretrial conference set for October 12, 2016, which includes defendants' objections to co-conspirator statements and requests for disclosures, and the court is at a loss as to how it can rule on the pretrial issues presented in *Florida* before the nine testifying defendants have entered a revised plea.

Accordingly, the court specially sets the change of plea hearings in the above-captioned cases on **Friday, October 7, 2016, at 9:00 a.m.**  Any party that wishes to advance the change of plea hearing to October 5, 2016, at 1:30 p.m., may do so by filing a stipulated request to advance the change of plea hearing.

**IT IS SO ORDERED.**

Dated: September 30, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge